[No. 23816-4-III. Division Three. February 28, 2006.]

LEROY R. CAIN ET AL., *Appellants*, v. THE CITY OF RICHLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-2-01278-1, Carrie L. Runge, J., entered January 20, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis and Brown, JJ.

[No. 23695-1-III. Division Three. March 2, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00293-2, Tari S. Eitzen, J., entered December 15, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 55520-1-I. Division One. March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TITUS DION PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-10437-6, John P. Erlick, J., entered December 17, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid and Dwyer, JJ.